AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Se-Kure Controls, Inc.                               **JUDGMENT IN A CIVIL CASE**

                    v.                               Case Number: 02 C 3767

Vanguard Products Group, et al.


☐     Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been
      tried and the jury rendered its verdict.

■     Decision by Court.  This action came to hearing before the Court.  The issues have
      been heard and a decision has been rendered.


IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the
defendants Vanguard Products Group Inc. and Telefonix Inc. on their Counterclaim against
Plaintiff Se-Kure Controls, Inc.
This cause of action is dismissed in its entirety.  There being no just reason for delay, this is a
final and appealable order.


                                        Michael W. Dobbins, Clerk of Court


Date: 12/3/2010                          _____
                                         /s/ Ruth O'Shea, Deputy Clerk